NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE DENTAL IMAGING TECHNOLOGIES CORPORATION,

*Petitioner.*

---

Miscellaneous Docket No. 138

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-0288, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Dental Imaging Technologies Corporation moves without opposition to withdraw its petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the petition is dismissed.

IN RE DENTAL IMAGING TECHNOLOGIES                                        2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26